IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ELAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 04-1239-SLR |
| | ) |
| THOMAS CAROLL, Warden, and M. JANE BRADY, Attorney General for the State of Delaware, | ) ) ) ) ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington, this 19th day of September, 2005, consistent with the Memorandum Opinion issued this same date;

IT IS HEREBY ORDERED that:

1. Petitioner Michael Elam's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1.)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE