NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED OCT 17 2005 U.S.C.A. 3rd. CIR.

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Michael Elam

v.

Thomas Caroll Warden
And M. Jane Brady
Attorney Genral

DISTRICT COURT
DOCKET NUMBER: 04-1239-SLR

DISTRICT COURT
JUDGE: Sue L. Robinson

Notice is hereby given that  Michael Elam
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on 9-19-05
(date)

Dated: 10-11-05

Pro Se. Michael Elam
(Counsel for Appellant-Signature)

_____
(Name of Counsel - Typed)

(Address)
Delaware Corrections
(City, State Zip)
1181 Paddock Road
Smyrna Del 19977
(Telephone Number)

Elizabeth R. McFarlan
(Counsel for Appellee)

(Address)
820 N. French St
(City, State Zip)
Wilimington Del 19801
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

BMc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ELAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 04-1239-SLR |
| | ) |
| THOMAS CAROLL, Warden, and M. JANE BRADY, Attorney General for the State of Delaware, | ) ) ) ) ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington, this 19th day of September, 2005, consistent with the Memorandum Opinion issued this same date;

IT IS HEREBY ORDERED that:

1. Petitioner Michael Elam's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1.)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

# Certificate of Service

I, __Michael Elam__, hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following parties/person (s):

TO: __District Court of Delaware 820 N. French St Wilmington Del 19801__

TO: __Third Circuit Court of Appeals 601 Market St Philadelphia PA 19106__

TO: __Jane Brady Attorney General 820 N. French St Wilmington Del 19801__

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __13__ day of __October__, 200__5__



I/M: Michael Elwin
SBI# 128848  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED OCT 17 2005 U.S.C.A.

United States Court of Appeals
Third Circuit
601 Market St
Philadelphia PA
19106

WILMINGTON DE 198
1 PM 14 OCT 2005

U.S.M.S. X-RAY