# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED OCT 17 2005 U.S.C.A. 3rd. CIR.

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Michael Elam

v.

Thomas Caroll Warden
And M. Jane Brady
Attorney Genral

DISTRICT COURT DOCKET NUMBER: 04-1239-SLR

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that Michael Elam (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on 9-19-05 (date)

Dated: 10-11-05

Pro Se. Michael Elam
(Counsel for Appellant-Signature)

_____ (Name of Counsel - Typed)

Elizabeth R. McFarlan
(Counsel for Appellee)

(Address)
Delaware Corrections
(City, State Zip)
1181 Paddock Road
Smyrna Del 19977
(Telephone Number)

(Address)
820 N. French St
(City, State Zip)
Wilimington Del 19801
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

BMo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ELAM, | ) |
|     Petitioner, | ) |
| v. | ) Civ. No. 04-1239-SLR |
| THOMAS CAROLL, Warden, and M. JANE BRADY, Attorney General for the State of Delaware, | ) |
|     Respondents. | ) |

**ORDER**

At Wilmington, this 19th day of September, 2005, consistent with the Memorandum Opinion issued this same date;

IT IS HEREBY ORDERED that:

1. Petitioner Michael Elam's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1.)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

 

_____
UNITED STATES DISTRICT JUDGE

# Certificate of Service

I, __Michael Elam__, hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following parties/person (s):

TO: District Court of Delaware
820 N. French St
Wilmington Del
19801

TO: Third Circuit Court of Appeals
601 Market St
Philadelphia PA
19106

TO: Jane Brady
Attorney General
820 N. French St
Wilmington Del
19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __13__ day of __October__, 200__5__

