AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Michael Elam
_____ Plaintiff
Thomas Carroll v. Jane Brady
Warden           Attorney General
_____ Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT     04-1239-SLR

CASE NUMBER: 05-4647

I, Michael Elam _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant       • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C.

   **Inmate Identification Number (Required):** 128848

   Are you employed at the institution? No  Do you receive any payment from the institution? ____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      • • Yes      • • No
   b. Rent payments, interest or dividends               • • Yes      • • No
   c. Pensions, annuities or life insurance payments     • • Yes      • • No
   d. Disability or workers compensation payments        • • Yes      • • No
   e. Gifts or inheritances                              • • Yes      • • No
   f. Any other sources                                  • •(Yes)     • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    • • No ⃝

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes    • • No ⃝

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I declare under penalty of perjury that the above information is true and correct.

   Oct 13, 005                    Michael Elam
   _____              _____
   DATE                           SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

CERTIFICATE OF SERVICE

I, __Michael Elam__, hereby certify that I have served a true and correct cop(ies) of the attached: __FORMA PAUPERIS And Account Statement__ upon the following parties/person(s):

TO: __DISTRICT COURT of DELAWARE 820 N. French St Wilmington Del 19801__

TO: __Third CIRCUIT COURT OF APPEALS 601 Market St Philadephia PA 19106__

TO: __JANE BRADY Attorney General 820 N. French St Wilmington Del 19801__

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this __26__ day of __October__, 200__5__

__Michael Elam__

IM Michael Elarn
SBI# 128848  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk District Court
of Delaware
880 N. French St  U.S.M. COURT X-RAY
Wilmington Del
19801
844 N. King St.
Rm. 4209 Lock Box 18
Wilmington DE 19801