# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

04-1239-SLR

TO: Michael Elam   SBI#: 128848

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 14, 2005

FILED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of April 1, 2005 to September 30, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| April | 22.78 |
| May | 15.57 |
| June | 9.94 |
| July | 16.28 |
| Aug | 27.56 |
| Sept | 11.92 |

Average daily balances/6 months: 17.38

Attachments
CC: File

Stacy Shane
10/14/05

10-14-05

# Individual Statement

## For Month of April 2005

Date Printed: 10/14/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $44.95 |
|---|---|---|---|---|---|---|
| 00128848 | Elam | Michael | | | | |

Current Location: C

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 4/1/2005 | $0.00 | ($4.00) | $0.00 | $44.95 | 88844 | | | |
| Medical | 4/1/2005 | ($4.00) | $0.00 | $0.00 | $40.95 | 89006 | | | |
| Canteen | 4/6/2005 | ($29.29) | $0.00 | $0.00 | $11.66 | 91146 | | | |
| Canteen | 4/14/2005 | ($11.05) | $0.00 | $0.00 | $0.61 | 94065 | | | |
| Mail | 4/21/2005 | $50.00 | $0.00 | $0.00 | $50.61 | 97081 | 4623696511 | 3/21/05 | C ELAM 3/21/05 |
| Canteen | 4/21/2005 | ($0.57) | $0.00 | $0.00 | $50.04 | 97140 | | | |
| Canteen | 4/28/2005 | ($39.75) | $0.00 | $0.00 | $10.29 | 99250 | | | |

Ending Mth Balance: $10.29

# Individual Statement

## For Month of May 2005

Date Printed: 10/14/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $10.29 |
|---|---|---|---|---|---|---|
| 00128848 | Elam | Michael | | | | |

Current Location: C  
Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/5/2005 | ($8.92) | $0.00 | $0.00 | $1.37 | 103029 | | | |
| Pay-To | 5/9/2005 | ($4.50) | $0.00 | $0.00 | ($3.13) | 104162 | | MASJID MUHAMMAD | |
| Canteen | 5/11/2005 | ($13.71) | $0.00 | $0.00 | ($16.84) | 105661 | | | |
| Mail | 5/12/2005 | $40.00 | $0.00 | $0.00 | $23.16 | 106011 | 08085049694 | | E ELUM |
| Canteen | 5/19/2005 | ($22.58) | $0.00 | $0.00 | $0.58 | 108762 | | | |
| Mail | 5/19/2005 | $40.00 | $0.00 | $0.00 | $40.58 | 108822 | 08085049740 | | ELAM |
| Canteen | 5/26/2005 | ($33.94) | $0.00 | $0.00 | $6.64 | 111816 | | | |
| Pay-To | 5/26/2005 | ($4.50) | $0.00 | $0.00 | $2.14 | 112516 | | MASJID MUHAMMAD | |

Ending Mth Balance: $2.14

# Individual Statement

## For Month of June 2005

Date Printed: 10/14/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.14 |
|---|---|---|---|---|---|---|
| 00128848 | Elam | Michael | | | | |

Current Location: C

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/2/2005 | ($1.65) | $0.00 | $0.00 | $0.49 | 114992 | | | |
| Canteen | 6/15/2005 | $13.71 | $0.00 | $0.00 | $14.20 | 120828 | | POSTING ERROR 5/1 | |
| Mail | 6/16/2005 | $25.00 | $0.00 | $0.00 | $39.20 | 121184 | 08085049891 | | C ELUM |
| Canteen | 6/23/2005 | ($39.07) | $0.00 | $0.00 | $0.13 | 123565 | | | |

Ending Mth Balance: $0.13

# Individual Statement

Date Printed: 10/14/2005

## For Month of July 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.13 |
|---|---|---|---|---|---|---|
| 00128848 | Elam | Michael | | | | |

Current Location: C

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/1/2005 | $40.00 | $0.00 | $0.00 | $40.13 | 126562 | | | |
| Canteen | 7/7/2005 | ($39.59) | $0.00 | $0.00 | $0.54 | 128874 | | | |
| Mail | 7/22/2005 | $45.00 | $0.00 | $0.00 | $45.54 | 135179 | 8085049952 | | C ELAM |
| Canteen | 7/27/2005 | ($39.91) | $0.00 | $0.00 | $5.63 | 136426 | 4696940138 | | C ELAM |

Ending Mth Balance: $5.63

# Individual Statement

## For Month of August 2005

Date Printed: 10/14/2005                                                                  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.63 |
|---|---|---|---|---|---|---|
| 00128848 | Elam | Michael | | | | |
| Current Location: | C | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/4/2005 | ($5.54) | $0.00 | $0.00 | $0.09 | 140594 | | | |
| Misc Wage 109 | 8/8/2005 | $4.00 | $0.00 | $0.00 | $4.09 | 141905 | | RECREATION 7/4 | |
| Mail | 8/12/2005 | $20.00 | $0.00 | $0.00 | $24.09 | 144415 | 8266810952 | | C ELUM |
| Mail | 8/12/2005 | $40.00 | $0.00 | $0.00 | $64.09 | 144416 | 98266810951 | | C ELUM |
| Canteen | 8/18/2005 | ($39.15) | $0.00 | $0.00 | $24.94 | 146255 | | | |
| Canteen | 8/25/2005 | ($13.10) | $0.00 | $0.00 | $11.84 | 148951 | | | |
| Mail | 8/26/2005 | $35.00 | $0.00 | $0.00 | $46.84 | 149609 | 08370313400 | | P FARRATE |
| Canteen | 8/31/2005 | ($31.34) | $0.00 | $0.00 | $15.50 | 151515 | | | |

Ending Mth Balance: $15.50

# Individual Statement

## For Month of September 2005

Date Printed: 10/14/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.50 | |
|---|---|---|---|---|---|---|---|
| 00128848 | Elam | Michael | | | | | |
| Current Location: | C | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/8/2005 | ($14.64) | $0.00 | $0.00 | $0.86 | 155000 | | | |
| Mail | 9/15/2005 | $30.00 | $0.00 | $0.00 | $30.86 | 158399 | 4686227991 | | C ELAM |
| Canteen | 9/22/2005 | ($25.72) | $0.00 | $0.00 | $5.14 | 160832 | | | |
| Pay-To | 9/26/2005 | ($3.00) | $0.00 | $0.00 | $2.14 | 161796 | | MASJID MUHAMMAD | |
| Canteen | 9/29/2005 | ($2.04) | $0.00 | $0.00 | $0.10 | 163794 | | | |
| Medical | 9/30/2005 | $0.00 | ($4.00) | $0.00 | $0.10 | 164290 | | 9/24/05 | |
| Medical | 9/30/2005 | ($0.10) | ($3.90) | $0.00 | $0.00 | 164348 | | 9/24/05 | |

Ending Mth Balance: $0.00