**FPS-060**

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. <u>05-</u>4647

Elam v. Carroll
(D.C. No. 04-cv-1239)

To: Clerk

    1)   Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

_____

       The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

<u>/s/Marcia M. Waldron</u>
Clerk

Dated: November 21, 2005
tmk/cc: Mr. Michael Elam
      Elizabeth R. McFarlan, Esq.