APS-70                                                              December 8, 2005

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-4647**

MICHAEL ELAM

    VS.

WARDEN THOMAS CARROLL

(D. Del. Civ. No. 04-cv-01239)

Present:    SLOVITER, MCKEE AND FISHER, CIRCUIT JUDGES

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

    in the above-captioned case.

                                                  Respectfully,

                                                  Clerk

MMW/SXR/mc/lwc

_____ORDER_____

    The foregoing request for a certificate of appealability is denied under 28 U.S.C. § 2253(c)(2). Appellant has not shown that jurists of reason would debate whether the District Court was correct in dismissing his petition as untimely. See Slack v. McDaniel, 529 U.S. 474, 484 (2000).

                                                  By the Court,

                                                  /s/ Dolores K. Sloviter
                                                  Circuit Judge

A True Copy:

Marcia M. Waldron
Dated: 30 December 2005
    Marcia M. Waldron, Clerk
    AWI/CC: ME
        ERM