OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

<u>**Delaware**</u>        Clerk of District Court             Date   <u>12/30/05</u>
(District)

<u>**Elam v. Carroll**</u>                                    C. of A. No.  <u>05-4647</u>
(Caption)

<u>**Michael Elam**</u>
(Appellant)

<u>**Civil No. 04-cv-01239   (SLR)**</u>
(D.C. No.)

Enclosures:

<u>    12/30/05    </u>   Certified copy of C. of A. Order by the Court/XXXXX
     (Date)

*  <u> X </u>  Record **(Rec'd) (Partial Record: DC Docs. 1-13)**

*  _____  Supplemental Record

*  _____  Exhibits

*  _____  State Court Record

<u>  X  </u>  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not returned at this time until appeal(s) closed at No.(s) _____

_____  Please forward Record to this office.

_____  The certified copy of order issued as the mandate on _____ is recalled.

                                    /s/ Anthony Infante     (267)-299- <u>4916</u>
                                      Case Manager          Telephone Number

                              *  <u>Arlinda Burke</u>   (267)-299- <u>49__</u>
                                    Record Processor        Telephone Number

                                           1/9/06

Receipt Acknowledge:
<u>E L Strickler</u>
(Name)
<u>1/10/06</u>
(Date)

Rev. 4/3/03
Appeals (Record)